UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:11-cr-00086-JMS-TAB |
| ) | |
| BRADFORD RAINES (01), ) | |
| ) | |
| Defendant. ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue's recommendation that the Court modify defendant Bradford Raines' supervised release pursuant to 18 U.S.C. § 3401(i); Rule 32.1(a)(1), *Federal Rules of Criminal Procedure*; and 18 U.S.C. § 3583(e), and acknowledging that the parties waived the fourteen-day objection period, the Court **APPROVES and ADOPTS** Magistrate Judge LaRue's Report and Recommendation [dkt. 102]. The Court finds that Mr. Raines committed Violation Number 1, as alleged by the U. S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* [dkt. 66].

Therefore, the Court modifies the conditions of Mr. Raines' supervised release to include: **(1)** Mr. Raines shall participate in a cognitive behavioral program, such as Moral Reconation Therapy, at the direction of his probation officer, and **(2)** Mr. Raines shall comply with the rules of the cognitive behavioral program. The justification for these additional conditions is that cognitive behavioral therapy likely will facilitate Mr. Raines' development of higher stages of moral reasoning. Mr. Raines shall remain on home detention with electronic monitoring until the U. S. Probation Office or the Court determines that monitoring is no longer necessary.

Date: <u>June 22, 2016</u>

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal